MN,ND-305
(5/94)

# 2847

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION**

**Unclaimed Dividends and/or
Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:   Derek M. Fermstad

Chapter 7

Case No. 09-38760

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Qwest Corporation<br>Attn: Bankruptcy<br>800 Main Street<br>Grand Junction, CO 81501 | 1 | $123.28 | $4.27 |
| American Infosource, LP as agent for<br>T Mobile /T Mobile USA, Inc.<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 5 | $70.58 | $2.45 |

Date: October 5, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475